**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                NO. 4:15CR00063-04 JLH

GERRY MCDUFFIE                                                                     DEFENDANT

**ORDER**

      Gerry McDuffie has previously submitted a *pro se* letter to the Court requesting appointment of new counsel suggesting that the attorney/client relationship has been damaged beyond repair. The Court provided the letter to his attorney, Dale Adams, and directed Mr. Adams to meet with the defendant to determine if, in his professional opinion, the attorney/client relationship had deteriorated beyond repair. After meeting with Mr. McDuffie, Mr. Adams subsequently filed a motion requesting to be relieved as counsel of record. The motion is GRANTED. Document #139.

      IT IS THEREFORE ORDERED that CJA Panel Attorney Lea Ellen Fowler is hereby appointed to represent defendant Gerry McDuffie in all further proceedings. Panel Attorney Dale Adams is relieved from any further representation of the defendant in this matter.

      IT IS SO ORDERED this 4th day of February, 2016.

                                                                     _____
                                                                     J. LEON HOLMES
                                                                     UNITED STATES DISTRICT JUDGE